CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 24 2015

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ABIGAIL LAN PORTER, | ) | |
| | ) | Civil Action No. 7:14CV00176 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: Hon. Glen E. Conrad |
| JACOB CECIL BUCK, et al., | ) | Chief United States District Judge |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that Peninsula's motion for judgment on the pleadings (Docket No. 15) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 24th day of February, 2015.

/s/ Glen E. Conrad
Chief United States District Judge